UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and KIRBY OPCO, LLC, a Delaware company,<br><br>Plaintiffs,<br><br>v.<br><br>OLEKSIJ PARKHOMENKO, an individual, d/b/a MY KING LINE, et al.,<br><br>Defendants. | Case No. C21-1283RSM<br><br>ORDER UNSEALING CASE |

On September 29, 2021, the Court temporarily sealed this case pending the conclusion of a parallel criminal investigation into Defendants' alleged counterfeiting operation. Dkt. #9. The Court has reviewed a status report from Plaintiffs indicating that this case should be unsealed in its entirety. Dkt. #14.

The Court finds good cause to unseal this case. Accordingly, the Court ORDERS that this case be immediately unsealed.

DATED this 6th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER UNSEALING CASE - 1