UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC et al., | CASE NO. C21-1283-KKE |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| OLEKSIJ PARKHOMENKO et al., | |
| Defendants. | |

This matter comes before the Court *sua sponte*. Plaintiffs filed their complaint on September 21, 2021. Dkt. No. 1. Thereafter, the Court granted Plaintiffs' *ex parte* motion to temporarily seal the case pending a parallel criminal investigation into Defendants' alleged counterfeiting operation. Dkt. No. 9. The Court issued an order unsealing the case on September 6, 2023. Dkt. No. 15. This matter has been pending for over two years and unsealed for over four months without service to any defendant.

ORDER TO SHOW CAUSE - 1

Accordingly, the Court ORDERS Plaintiffs to show cause why this matter should not be dismissed for failure to prosecute no later than February 16, 2024.  Absent a timely response, the Court will dismiss this case without prejudice.

Dated this 25th day of January, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 2