The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and KIRBY OPCO, LLC, a Delaware company,<br><br>Plaintiffs,<br><br>v.<br><br>ARTUR HAPANTSOU, an individual a/k/a Arthur Gapantsov, d/b/a Ungate Hub, Restrict Agent, and MBS Distribution LLC; PAVEL SHAUCHENKA, an individual a/k/a Pavel Shevchenko, d/b/a ProAmazon; AMASALES LLC, a Delaware limited liability company; BAUBLE WHSALE LLC, a Wyoming limited liability company; ALEKSEY PARKHOMENKO, an individual; IRYNA SHKARUPA, an individual; OLEH SHKARUPA, an individual; VLAD SANDRAK, an individual; KIRYL ZHUKAU, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:21-cv-01283-KKE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEFENDANT ARTUR HAPANTSOU'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

**STIPULATED MOTION**

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Kirby Opco, LLC ("Plaintiffs") and Defendant Artur Hapantsou ("Defendant Hapantsou"), by and through their counsel of record, submit the following stipulated motion and proposed order to extend the time

STIPULATED MOTION AND ORDER TO
EXTEND DEFENDANT ARTUR HAPANTSOU'S TIME
TO RESPOND TO FIRST AMENDED COMPLAINT - 1
(2:21-cv-01283-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

for Defendant Hapantsou to answer or otherwise respond to the First Amended Complaint ("FAC") until and including May 1, 2024. The grounds for this stipulated motion are as follows:

1. Plaintiffs filed this lawsuit on September 21, 2021.

2. The Court temporarily sealed this case pending a parallel criminal investigation into Defendants' alleged counterfeiting operation on September 29, 2021. Dkt. 9.

3. The Court unsealed this case on September 6, 2023, after which Plaintiffs conducted a further investigation into Defendants' alleged counterfeiting operation. Dkt. 15

4. Plaintiffs filed the FAC on February 16, 2024. Dkt. 18.

5. Plaintiffs served Defendant Hapantsou with the Summons and FAC on March 9, 2024. Dkt. 23.

6. Under Federal Rule of Civil Procedure 12, Defendant Hapantsou's deadline to file his Answer to FAC is April 1, 2024.

7. Defendant Hapantsou's counsel has asked Plaintiffs' counsel for additional time to file his Answer to FAC, and Plaintiffs have agreed. Plaintiffs and Defendant Hapantsou therefore stipulate and agree to extend Defendant Hapantsou's deadline to answer or otherwise respond to the FAC to May 1, 2024.

8. This extension will not require changes to any other scheduled dates docketed in this case, as no case schedule has been set.

9. This is the first request that any Defendant has made for an extension of time to respond to the FAC.

IT IS SO STIPULATED 1st day of April, 2024.

STIPULATED MOTION AND ORDER TO
EXTEND DEFENDANT ARTUR HAPANTSOU'S TIME
TO RESPOND TO FIRST AMENDED COMPLAINT - 2
(2:21-cv-01283-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Plaintiffs*<br><br>s/ Scott Commerson<br>Scott Commerson, WSBA #58085<br>865 South Figueroa Street, Suite 2400<br>Los Angeles, CA 90017-2566<br>Tel: (213) 633-6800<br>Email: scottcommerson@dwt.com | TBILLICK LAW® PLLC<br>*Attorneys for Defendant Artur Hapantsou*<br><br>s/ Timothy Billick<br>Timothy Billick<br>600 First Avenue<br>Seattle, WA 98104<br>Tel: (206) 494-0020<br>Email: tim@tbillicklaw.com |

**ORDER**

Pursuant to foregoing Stipulation,

IT IS SO ORDERED, ADJUDGED AND DECREED that the deadline for Defendant Artur Hapantsou to Answer or otherwise respond to the First Amended Complaint is extended until and including May 1, 2024.

Dated this 2nd day of April, 2024.

_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND DEFENDANT ARTUR HAPANTSOU'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT - 3
(2:21-cv-01283-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax