UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC et al., <br><br> Plaintiff(s), <br><br> v. <br><br> OLEKSIJ PARKHOMENKO et al., <br><br> Defendant(s). | CASE NO. C21-1283-KKE <br><br> ORDER GRANTING STIPULATED MOTION |

This matter comes before the Court on a stipulated motion to extend Defendant Artur Hapantsou's deadline to file an answer or otherwise respond to the first amended complaint. Dkt. No. 28.

The Court GRANTS the stipulated motion. Hapantsou's response deadline is extended to June 1, 2024.

Dated this 1st day of May, 2024.

*Kymberly K Evanson*
———————————————
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1