UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC et al., | CASE NO. C21-1283-KKE |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| OLEKSIJ PARKHOMENKO et al., | |
| Defendants. | |

Plaintiffs filed their complaint in this matter on September 21, 2021. Dkt. No. 1. Thereafter, the Court granted Plaintiffs' *ex parte* motion to temporarily seal the case pending a parallel criminal investigation into Defendants' alleged counterfeiting operation. Dkt. No. 9. The Court issued an order unsealing the case on September 6, 2023. Dkt. No. 15. From the date of unsealing until January 25, 2024, Plaintiffs did not take any action in the case. *See* Dkt. No. 17. The Court issued an order to show cause why the matter should not be dismissed for failure to prosecute. *Id.* In response, Plaintiffs submitted an amended complaint (Dkt. No. 18), and stated they intended to "promptly serve Defendants with the Summons and FAC." Dkt. No. 20 at 2. Summonses were served on multiple defendants between February and April. Dkt. Nos. 23, 24, 27. The parties submitted two stipulated motions to extend defendant Artur Hapantsou's time to respond to the first amended complaint, both of which were granted. Dkt. Nos. 26, 29. The

ORDER TO SHOW CAUSE - 1

deadline for Hapantsou to respond to the first amended complaint was June 1, 2024.  Dkt. No. 29. Hapantsou has not responded as of the date of this order, and Plaintiffs have not filed any motion.

Accordingly, the Court ORDERS Plaintiffs to show cause why this matter should not be dismissed for failure to prosecute no later than September 18, 2024.  Absent a timely response, the Court will dismiss this case without prejudice.

Dated this 4th day of September, 2024.

Kymberly K. Evanson
United States District Judge