UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC et al., <br><br> Plaintiff, <br><br> v. <br><br> OLEKSIJ PARKHOMENKO et al., <br><br> Defendant. | CASE NO. C21-1283-KKE <br><br> ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVER-LENGTH MOTION FOR ALTERNATIVE SERVICE |

This matter comes before the Court on Plaintiffs' motion for leave to file an over-length motion for alternative service (Dkt. No. 31). *See* Local Rules W.D. Wash. LCR 7(f). The Court, having considered Plaintiffs' motion and finding good cause, GRANTS Plaintiffs leave to file an over-length motion for alternative service. Plaintiffs' motion for alternative service shall not exceed 3,400 words.

Dated this 18th day of September, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVER-LENGTH MOTION FOR ALTERNATIVE SERVICE - 1