UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC et al., <br><br> Plaintiffs, <br><br> v. <br><br> OLEKSIJ PARKHOMENKO et al., <br><br> Defendants. | CASE NO. C21-1283-KKE <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On November 8, 2024, Plaintiffs filed proof of service to Defendants. Dkt. No. 38. Defendants' deadline to serve their Answer was November 29, 2024. Fed. R. Civ. Proc. 12(a)(1)(A)(ii) ("A defendant must serve an answer … within 21 days after being served with the summons and complaint[.]"). Defendants have yet to appear in this case. Four months have passed since Plaintiffs served Defendants, and they have not moved for entry of default.

Accordingly, the Court ORDERS Plaintiffs to show cause why this matter should not be dismissed for failure to prosecute no later than **March 21, 2025**. Absent a timely response, the Court will dismiss this case without prejudice.

ORDER TO SHOW CAUSE - 1

Dated this 12th day of March, 2024.

*Kymberly K. Evanson*
―――――――――――――――――
Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 2