The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and KIRBY OPCO, LLC, a Delaware company,<br><br>Plaintiffs,<br><br>v.<br><br>ARTUR HAPANTSOU, an individual a/k/a Arthur Gapantsov, d/b/a Ungate Hub, Restrict Agent, and MBS Distribution LLC; PAVEL SHAUCHENKA, an individual a/k/a Pavel Shevchenko, d/b/a ProAmazon; AMASALES LLC, a Delaware limited liability company; BAUBLE WHSALE LLC, a Wyoming limited liability company; ALEKSEY PARKHOMENKO, an individual; IRYNA SHKARUPA, an individual; OLEH SHKARUPA, an individual; VLAD SANDRAK, an individual; KIRYL ZHUKAU, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:21-cv-01283-KKE<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS PAVEL SHAUCHENKA, AMASALES LLC, BAUBLE WHSALE LLC, ALEKSEY PARKHOMENKO, IRYNA SHKARUPA, OLEH SHKARUPA, VLAD SANDRAK, AND KIRYL ZHUKAU** |

THIS MATTER came before the Court on the *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction Against Defendants Pavel Shauchenka, Amasales LLC, Bauble Whsale LLC, Aleksey Parkhomenko, Iryna Shkarupa, Oleh Shkarupa, Vlad Sandrak, and Kiryl Zhukau (collectively, "Defendants") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Kirby Opco, LLC ("Plaintiffs") (the "Motion"), pursuant to Local

ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 1
(2:21-cv-01283-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Civil Rule 7(f). The Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 8,800 words.

SO ORDERED this 4th day of April, 2025.

Kymberly K. Evanson
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6890
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 2
(2:21-cv-01283-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax